In the Matter of FRANK L. HICKS, Respondent, v. ALICE S. HICKS, Appellant.—

Hopkins, Acting P. J., Martuscello, Kleinfeld, Brennan and Benjamin, JJ., concur.

In the Matter of ALBERT H. LOCKLEY, Respondent, v. DIVISION OF HOUSING AND COMMUNITY RENEWAL, OFFICE OF RENT ADMINISTRATION OF THE STATE OF NEW YORK, Appellant.—

Christ, P. J., Rabin, Hopkins and Benjamin, JJ., concur; Munder, J., dissents and votes to affirm the judgment upon the opinion of Mr. Justice DILLON at the Special Term.